UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-62424-LEIBOWITZ/Augustin-Birch

JAMIL HINDI,

  *Plaintiff*,

v.

YOUNG LA TRADING CO., LLC,

  *Defendant*.
_____/

### ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 12] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 11, 2024. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on March 27, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record